Doris **EDWARDS** et al., Plaintiffs-Appellants,

v.

**GREENVILLE MUNICIPAL SEPARATE SCHOOL DISTRICT** et al., Defendants-Appellees.

No. 29802.

United States Court of Appeals, Fifth Circuit.

June 11, 1971.

John C. Brittain, Jr., James A. Lewis, Oxford, Miss., for appellants.

Edward J. Bogen, Greenville, Miss., for appellees.

For prior opinion, see 431 F.2d 365.

ORDER

Before THORNBERRY, COLEMAN, and CLARK, Circuit Judges.

BY THE COURT:

On motion of the appellees filed April 28, 1971, it is ordered that the judgment of the District Court in this case as it relates to student assignment is vacated and the cause remanded in order that the District Court may require the school board, in such particulars as may be necessary, to submit and implement a student assignment plan that complies with the principles set forth in Swann v. Charlotte-Mecklenburg Board of Education, 402 U.S. 1, 91 S.Ct. 1267, 28 L.